IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE P. JOHNSON | : | CIVIL ACTION |
| | : | NO. 09-1292 |
| Plaintiff, | : | |
| v. | : | |
| TROY LEVI et. al, | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW,** this **11th day** of **March, 2010,** it is hereby **ORDERED** that Defendants' motion for summary judgment (doc. no. 24) is **GRANTED.**

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**